121 A.3d 981

**Porfirio Placencia NUNEZ**

v.

**WORKERS' COMPENSATION APPEAL BOARD
(QC QUALITY CONSTRUCTION, INC.)**

Petition of QC Quality Construction, Inc.

Supreme Court of Pennsylvania.

Aug. 26, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August, 2015, the Petition for Allowance of Appeal and the Application for Supersedeas Pending Appeal are **DENIED.**